```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 14680
   JOHN COBOS
   LORRAINE A COBOS                         CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
          Debtor
   SSN XXX-XX-0403     SSN XXX-XX-9922

-------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/14/07 .

   2.  The case was dismissed without confirmation, 08/31/2007.

-------------------------------------------------------------------------------
CREDITOR NAME               CLASS       CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------

        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00         .00          .00           .00
PRINCIPAL PAID         .00          .00         .00          .00           .00
INTEREST PAID          .00          .00         .00          .00           .00
TOTAL PAID             .00          .00         .00          .00           .00
The Debtor's attorney,                               , was allowed $       .00
and was paid $        .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




    Dated: 11/16/07                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 07 B 14680 JOHN COBOS & LORRAINE A COBOS